UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　-vs-<br><br><br>Sing Chan<br>　　　　Defendant(s), | 12 CR 344 (KSH)<br><br><br>**ORDER OF REFERRAL** |

　　　　The defendant, <u>Sing Chan</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

Dated:　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge


CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)